Jerome S. Cohen (SBN 143727)
3731 Wilshire Boulevard (Suite 514)
Los Angeles, ca 90802
Tel. (213) 388-8188
Fax (213) 388-6188
jsc@jscbklaw.com

(Proposed) Attorney for Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | | |
|---|---|---|
| In re: | ) | CASE NO. 2:09-bk-17862-EC |
| | ) | |
| | ) | Chapter 11 |
| TEMIDAYO AKINYEMI, | ) | |
| | ) | |
| Debtor. | ) | **DEBTOR'S APPLICATION FOR AN ORDER AUTHORIZING DEBTOR TO EMPLOY JEROME S. COHEN AS COUNSEL; DECLARATION OF JEROME S. COHEN IN SUPPORT THEREOF** |
| _____ | ) | No hearing necessary. LBR 9013-1(o). |

TO THE HONORABLE ELLEN CARROLL, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, THE TWENTY LARGEST CREDITORS, AND ALL PARTIES REQUESTING SPECIAL NOTICE:

Temidayo Akinyemi, Debtor and Debtor in Possession (the "Debtor"), applies for authority to employ Jerome S. Cohen ("Counsel") as his counsel, effective April 3, 2009.

In compliance with Local Bankruptcy Rule ("L.B.R.") 2014-1(b), Debtor provides the following information:

-1-

1. <u>Scope of Employment</u>

Debtor seeks to employ Counsel for the following purposes:

a. To advise Debtor generally regarding the administration of his estate and in matters of bankruptcy law, including the requirements of the Bankruptcy Code, Federal and Local Rules of Bankruptcy Procedure, and the United States Trustee Notices and Guides;

b. Representation of the Debtor in connection with the use of his cash collateral and obtaining credit;

c. Representation of the Debtor in adversary proceedings, contested matters, and hearings in the United States Bankruptcy Court and related appellate courts;

d. Assisting the Debtor in analyzing his rights and remedies regarding his assets and the claims of his creditors;

e. Assisting and advising the Debtor in the preparation of schedules, statements, lists, and other disclosure documents required to be filed in the Bankruptcy Court or submitted to the United States Trustee;

f. Assisting the Debtor in preparation of a disclosure statement and plan of reorganization.

2. <u>Experience and Qualification of Counsel</u>

The experience and qualification of Debtor's proposed Counsel are set forth in detail in the Declaration of Jerome S. Cohen ("Cohen Declaration") attached hereto.

Jerome S. Cohen is experienced in bankruptcy law, having represented numerous parties in Chapter 11 cases in the Central, Northern, and Southern Districts of California and the Districts of Arizona, Delaware, and Maryland, and having appeared before the Ninth Circuit Bankruptcy Appellate Panel. Proposed counsel holds the designation Board Certified, Business Bankruptcy Law, conferred by the American Bankruptcy Institute's American Board of Certification, and recognized by the State Bar of California. Further, proposed counsel has become acquainted with Debtor's finances and operations.

1          3.     <u>Statement of Disinterestedness For Employment</u>

2          In compliance with L.B.R. 2014-1(b), the attached Cohen Declaration sets forth evidence

3  that Counsel is a disinterested person with regard to the Debtor and his Estate and does not

4  represent any interest adverse to the Debtor or his Estate.

5          4.     <u>Terms and Conditions of Employment</u>

6          Temidayo Akinyemi agreed to pay Counsel hourly compensation for work on this case, at

7  the rate of four hundred dollars ($400.00) per hour.  He agreed to pay Counsel a minimum fee of

8  Forty Thousand Dollars, part in a pre-petition payment and part in post-petition Court-approved

9  payments.  For pre-petition work, Mr. Akinyemi paid Counsel eight thousand dollars ($8000.00),

10 which was earned on receipt.  Mr. Akinyemi agreed that as Debtor In Possession, he will deposit

11 to his General Account at least Seven Thousand Five Hundred Dollars ($7500.00) per month to

12 permit Counsel to make Professional Fee Statements and draw down additional amounts, with

13 Court approval, to satisfy the minimum fee.   In addition, Mr. Akinyemi deposited the sum of

14 $1039.00 for the Chapter 11 filing fee.  Counsel is informed that the source of these funds was

15 the Debtor.   Counsel currently holds no client funds, and intends to bill Debtor and apply to the

16 Court for compensation in accordance with the U.S. Trustee's Notices and Guides as the case

17 proceeds.

19         BASED ON THE FOREGOING, the Debtor respectfully requests that the Court execute

20 an order authorizing the Debtor to employ Jerome S. Cohen, effective as of the petition date, and

21 finding that the hourly rates set forth in the Declaration of Jerome S. Cohen attached hereto are

22 prima facie reasonable, with compensation from the estate to be determined by this Court after

23 notice and hearing.

25 DATED: April 30, 2009                                By  */s/ Temidayo Akinyemi*
                                                            TEMIDAYO AKINYEMI

-3-

## DECLARATION OF JEROME S. COHEN

I, JEROME S. COHEN, declare as follows:

1. I am an attorney admitted to practice in the States of California, Delaware, Maryland, and District of Columbia. I maintain a solo practice in Los Angeles, California.

2. I have personal knowledge of the matters here stated.

3. I submit this declaration in support of the application of Temidayo Akinyemi, for an order approving my appointment as his Chapter 11 counsel.

4. I have successfully represented numerous parties in Chapter 11 cases in the Central, Northern, and Southern Districts of California and the Districts of Arizona, Delaware, and Maryland.

5. In the Central District of California, among other appearances, I have successfully served as Chapter 11 debtor's counsel. I served as sole debtor counsel, and my client obtained plan confirmations, in In re Brooks Industries, Inc., LA 94-48626-AA, and In re Prestige Bedding Corporation, LA 94-48634-AA (consolidated cases); In re Hayes Protective Services, LA 95-28528-KM; In re Sokchheang Saing and Teang Kha Saing, LA 98-20643-EC; and In re Berri's Pizza Café II, LLC, LA-02-18813-EC. In each of those cases, debtor obtained plan confirmation in a timely manner compared with the average time for confirmation in this district, and my final fee application was approved in total, with the exception of minor reductions in two cases. In another Chapter 11 debtor representation in this Court, I brought about a settlement and voluntary dismissal (In re Stuart Randall Waid, Case No. La 04-23514-BR). In another Chapter 11 debtor representation, the U.S. District Court (Manuel Real, J.) withdrew the reference and dismissed the case. (In re Phoenix Family Trust, Case No. 1:05-14233-MT; USDC Case No. 2:05-CV-05249-R).

6. The American Board of Certification, of the American Bankruptcy Institute, has awarded me, and re-awarded me, and I now hold, its designation Board Certified in Business Bankruptcy Law.

-4-

7. On or about April 3, 2009, Temidayo Akinyemi (the "Debtor"), contacted me regarding Chapter 11 bankruptcy, and on the same date, executed a retainer agreement with me.

8. The Debtor agreed to pay me hourly compensation for work on this case, at the rate of four hundred dollars ($400.00) per hour. He agreed to pay me a minimum fee of Forty Thousand Dollars, part in a pre-petition payment and part in post-petition Court-approved payments. For pre-petition work, he paid me eight thousand dollars ($8000.00), which was earned on receipt. He agreed that as Debtor In Possession, he will deposit to his General Account at least Seven Thousand Five Hundred Dollars ($7500.00) per month to permit me to make Professional Fee Statements and draw down additional amounts, with Court approval, to satisfy the minimum fee.   In addition, he deposited the sum of $1039.00 for the Chapter 11 filing fee. I am informed that the source of these funds was the Debtor. I currently hold no client funds, and intend to bill Debtor and apply to the Court for compensation in accordance with the U.S. Trustee's Notices and Guides as the case proceeds.

9. The $8,000.00 was an advance against pre-petition fees and costs anticipated, and was earned by pre-petition services detailed in my billing pre-petition. I have no pre-petition claim against the Debtor.

10. To the best of my knowledge, I hold no interest adverse to the Debtor, any creditor of his estate, the U.S. Trustee or any employee of the U.S. Trustee, or any other parties-in-interest. I understand and agree that compensation to be paid to me by the estate on account of services rendered during this reorganization case will be subject to Guide To Applications For Retainers, And Professional And Insider Compensation ("Compensation Guide") (April 2008), and further order of the Court.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on April 30, 2009  at Los Angeles, California.

*/s/ Jerome S. Cohen*
Jerome S. Cohen

# EXHIBIT A

*JEROME S. COHEN*
*Attorney at Law*
3731 Wilshire Boulevard (Suite 514)
Los Angeles, CA 90010
Phone: 213-388-8188      Fax: 213-388-6188
E-mail: jsc@jscbklaw.com
Web: http://jscbklaw.com


| | |
|---|---|
| Bar Admissions: | California, Delaware, District of Columbia, Maryland |
| Board Certified: | Business Bankruptcy Law<br>American Board of Certification (July, 2001; April 2007) |
| Martindale Hubbell: | AV Rating |

Experience:     Law Practice Devoted to Bankruptcy Law
                  Los Angeles and Long Beach, CA          (1990-2008)
                    • Successful Debtor's Counsel, Chapter 11
                        (plans confirmed, fees approved)
                    • Successful Creditor's Counsel, Chapter 11

                Real Estate Investment, Syndication        (1981-1989)

                Earlier Experience:
                Private Law Practice, Washington, D.C.      (1979-1981)
                Federal Attorney, Washington, D.C.
                    U.S. Department of Labor (ERISA Litigation)  (1975-1979)
                    U.S. Atomic Energy Commission (Licensing)    (1973-1975)
                State Attorney, Delaware (Environmental Control) (1971-1973)
                Law Clerk to U.S. District Judge, Delaware    (1971)
                Travel in Europe, America                      (1964-1971)
                    UNESCO Service, Paris, France    1964-65
                    Asst. City Attorney, Boulder, CO  1968-69

Education:     University of Pennsylvania Law School (LL. B., 1964)
               Swarthmore College, Swarthmore, PA (B.A., 1961)

Affiliations:  Los Angeles County Bar Association
               Long Beach Bar Association (Board of Governors)
               American Bankruptcy Institute
               LA and Orange County Bankruptcy Forums
               Financial Lawyers Conference
               Long Beach Rotary Club
               Elected Member, Mid City West Community Council

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.
My business address is: 3731 Wilshire Boulevard, Suite 514, Los Angeles, CA 90010.
The foregoing document described as
**DEBTOR'S APPLICATION FOR AN ORDER AUTHORIZING DEBTOR TO EMPLOY JEROME S. COHEN AS COUNSEL; DECLARATION OF JEROME S. COHEN IN SUPPORT THEREOF**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 1, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

                                                X    Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**  On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

                                                G    Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

                                                G    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date   May 1, 2009                                               */s/ Alberto Ruiz*
                                                                         Alberto Ruiz

# Service List
## In re TEMIDAYO AKINYEMI
## Case No. 2:09-BK-17862-EC

**Served by Court via "NEF"**

Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)
russell.clementson@usdoj.gov

Jerome S Cohen on behalf of Debtor Temidayo Akinyemi
jsc@jscbklaw.com

Christopher M McDermott on behalf of Interested Party Courtsey NEF
ecfcacb@piteduncan.com

John D Schlotter on behalf of Interested Party Courtesy NEF
bkmail@mrdefault.com

John M Sorich on behalf of Creditor Metrocities Mortgage, LLC
generalmail@aswlawoffice.com, kbernal@alvaradoca.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov